**Frank WARE, Appellant,**

v.

**GUILFORD BUILDING, INCORPORATED, Appellee.**

**No. 14154.**

United States Court of Appeals,
Fourth Circuit.

May 21, 1970.

Henry E. Frye, Frye & Johnson, Greensboro, N. C., and Henry N. Patterson, Jr., Smith & Patterson, Greensboro, N. C., on the brief, for appellant.

R. D. Douglas, Jr., Greensboro, N. C., Douglas, Ravenel, Hardy & Crihfield,

---

* Honorable Bruce R. Thompson, United States District Judge, Reno, Nevada, sitting by designation.

Greensboro, N. C., on the brief, for appellee.

Before HAYNSWORTH, Chief Judge, and CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

On consideration of the record and briefs in this appeal we find oral argument unnecessary. The order appealed from is affirmed on the opinion of the district court. 313 F.Supp. 1061.

Affirmed.